H. T. Julius Fuehrman, Respondent, *v.* William H. McCord et al., Appellants.

*Fuehrman* v. *McCord*, 107 App. Div. 12, affirmed.
(Argued October 17, 1906; decided November 13, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 9, 1905, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, without a jury, in an action to recover an installment alleged to be due pursuant to a written agreement.

*James F. McNaboe* and *Nathaniel S. Smith* for appellants.

*William H. L. Edwards* and *Winthrop E. Dwight* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Cullen, Ch. J., Haight, Vann, Werner, Willard Bartlett and Hiscock, JJ. Absent: Gray, J.

---

Charles Alt et al., Respondents, *v.* Claus Doscher, Appellant.

*Alt* v. *Doscher*, 102 App. Div. 344, affirmed.
(Argued October 17, 1906; decided November 13, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 3, 1905, affirming a judgment of the Municipal Court of the city of New York in favor of plaintiffs in an action to recover commissions alleged to have been earned in effecting a sale of real property.

*Henry F. Cochrane* for appellant.

*George C. Buechner* for respondents.

Judgment affirmed, with costs, on opinion below.

Concur: Cullen, Ch. J., Haight, Vann, Werner and Hiscock, JJ. Absent: Gray, J. Not sitting: Willard Bartlett, J.